# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| KEELEY, IRENE M. | USDC NORTHERN DISTRICT OF WV | 08/08/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT COURT JUDGE-SENIOR STATUS | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WV
PO BOX 2808
CLARKSBURG WV 26302-2808

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | MEMBER - PRESIDENT'S HOUSE ADVISORY COMMITTEE | WEST VIRGINIA UNIVERSITY |
| 2. | MEMBER - BUDGET COMMITTEE | JUDICIAL CONFERENCE OF THE UNITED STATES |
| 3. | BOARD MEMBER | SPENCER WILLIAMS FOUNDATION |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M. | 08/08/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M. | 08/08/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   CHASE BANK ACCTS | A | Interest | P1 | T | | | | | |
| 2.   PREMIER BANK- BANK ACCOUNTS | A | Interest | J | T | | | | | |
| 3.   RBC WEALTH MANAGEMENT | A | Interest | | | Closed | 09/17/18 | J | | |
| 4.   MVB BANK INC | A | Interest | J | T | | | | | |
| 5.   WESBANCO BANK INC | A | Interest | M | T | | | | | |
| 6.   WESBANCO BANK INC | A | Interest | J | T | | | | | |
| 7.   CLEAR MOUNTAIN BANK | A | Interest | L | T | | | | | |
| 8.   GROUND BREAKERS INC S CORP COMMON STOCK | | None | M | U | | | | | |
| 9.   -- HARRISON COUNTY WV | | None | O | W | | | | | |
| 10.   --NOTE RECEIVABLE DUE FROM GROUND BREAKERS INC | C | Interest | M | U | | | | | |
| 11.   INVESTMENT ACCOUNT #1 (H) | | | | | | | | | |
| 12.   -MERRILL LYNCH CMA ACCT | A | Interest | K | T | | | | | |
| 13.   -DUKE ENERGY CORP NEW COMMON STOCK | A | Dividend | J | T | | | | | |
| 14.   -BANK OF AMERICA CORP COMMON STOCK | A | Dividend | K | T | | | | | |
| 15.   -EDISON INT'L CALIF COMMON STOCK | A | Dividend | K | T | | | | | |
| 16.   -HALLIBURTON COMPANY COMMON STOCK | A | Dividend | J | T | | | | | |
| 17.   -OCCIDENTAL PETE CORP CAL COMMON STOCK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -CALIFORNIA RESOURCES CORP | | None | J | T | | | | | |
| 19. -CSX CORP COMMON STOCK | A | Dividend | K | T | | | | | |
| 20. INVESTMENT ACCOUNT #2 (H) | | | | | | | | | |
| 21. -DREYFUS INS DEP PROG I | A | Interest | J | T | | | | | |
| 22. -BARON ASSET FUND INSTITUTIONAL CL | A | Dividend | K | T | | | | | |
| 23. -BARON SMALL CAP FUND INSTITUTIONAL | A | Dividend | K | T | Sold (part) | 02/06/18 | J | A | |
| 24. -CALVERT EMERG MKTS EQUITY FUND | A | Dividend | J | T | Sold (part) | 02/06/18 | J | A | |
| 25. -COHEN & STEERS REAL ESTATE SEC FUND CL I | A | Dividend | | | Sold | 02/06/18 | K | A | |
| 26. -EV TABS 5 TO 15 YR LADDERED MUNI BND FUND | A | Interest | | | Sold | 02/06/18 | L | A | |
| 27. -INT'L GRWTH&INC FUND CL F-2 | A | Dividend | K | T | | | | | |
| 28. -CLEARBRIDGE INT'L SMALL CAP FUND CL I | A | Dividend | J | T | | | | | |
| 29. -NUVEEN HIGH YIELD MUNI BND FUND CL I | A | Interest | K | T | | | | | |
| 30. -PARNASSUS ENDEAVOR FUND INSTITUTIONAL CLASS | A | Dividend | | | Sold | 02/06/18 | K | A | |
| 31. -TRANSAMERICA INT MUNI FUND CL A | A | Interest | L | T | | | | | |
| 32. -VAN ECK CONSTANT MAT COMM IND FUND CL Y | A | Dividend | J | T | | | | | |
| 33. -BLACKROCK STRAT MUNI OPPOR FD | B | Dividend | L | T | Buy | 02/06/18 | L | | |
| 34. -FUNDAMENTAL INV CL F-2 | B | Dividend | J | T | Buy | 02/06/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -INT'L GRWTH & INC FD CL F-2 | A | Dividend | K | T | Buy | 02/06/18 | K | | |
| 36. -PIMCO INC FD CL 1-2 | B | Dividend | L | T | Buy | 02/06/18 | L | | |
| 37. -PRINCIPAL GLOBAL REAL ESTATE SEC FD INSTL CL | B | Dividend | K | T | Buy | 02/06/18 | K | | |
| 38. -ROYCE OPPORTUNITY FD INV CLASS | A | Dividend | J | T | Buy | 02/06/18 | J | | |
| 39. -ISHARES TR CORE S&P 500ETF | A | Dividend | M | T | | | | | |
| 40. -ISHARES TR CORE S&P MIDCAP ETF | A | Dividend | K | T | | | | | |
| 41. -ISHARES TR NATL MUN BD ETF FD | A | Interest | | | Sold | 02/06/18 | K | A | |
| 42. -ISHARES TR CORE MSCI EAFE ETF | A | Dividend | K | T | | | | | |
| 43. -ISHARES INC CORE MSCI EMERGING MKTS ETF | A | Dividend | K | T | | | | | |
| 44. WESBANCO INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 45. HUNTINGTON BANCSHARES COMMON STOCK | A | Dividend | J | T | | | | | |
| 46. AT&T INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 47. THE TRAVELERS COMPANIES INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 48. COMPOSITE TRANSPORT TECHNOLOGIES INC | | None | K | T | | | | | |
| 49. US SAVINGS BONDS | A | Interest | J | T | | | | | |
| 50. LINCOLN FINANCIAL GROUP ANNUITY(H) | | | | | | | | | |
| 51. --FIXED ACCOUNT | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --INDEXED ACCOUNT A | A | Int./Div. | K | T | | | | | |
| 53. NOTE RECEIVABLE TDC LLC | D | Interest | N | U | Matured (part) | 10/14/18 | M | | |
| 54. NORTHWESTERN MUTUAL VARIABLE ANNUITY IRA(H) | | | | | | | | | |
| 55. --MSA BALANCED FUND | A | Int./Div. | J | T | Distributed (part) | 12/01/18 | J | | |
| 56. --MSA INDEX 500 STOCK FUND | C | Dividend | K | T | | | | | |
| 57. NORTHWESTERN MUTUAL IRA ROLLOVER ACCT(H) | | | | | | | | | |
| 58. -DREYFUS INS DEPOSIT PROGRAM I | A | Interest | J | T | Distributed (part) | 04/17/18 | K | | |
| 59. -AB GLOBAL BOND FUND | A | Interest | J | T | Sold (part) | 04/13/18 | J | | |
| 60. -AMER CENTURY EMERG MKTS FUND | A | Dividend | K | T | Sold (part) | 04/13/18 | K | | |
| 61. -AMER HIGH INC TRST CL F-2 | A | Int./Div. | K | T | | | | | |
| 62. -THE BOND FUND OF AMER CL F-2 | A | Interest | K | T | Sold (part) | 04/13/18 | K | | |
| 63. -COHEN & STEERS REAL ESTATE SEC FUND CL I | A | Dividend | K | T | Sold (part) | 04/13/18 | J | | |
| 64. -THE OAKMARK INT'L FUND INVESTORS CL | A | Dividend | K | T | Sold (part) | 04/13/18 | J | | |
| 65. -JOHN HANCOCK DISC VAL MID CAP FUND CL I | A | Dividend | K | T | Sold (part) | 04/13/18 | J | | |
| 66. -JPMORGAN US SMALL COMPANY FUND CL I | A | Dividend | K | T | Sold (part) | 04/13/18 | K | | |
| 67. -MFS INT'L NEW DISCOVERY FUND CL I | A | Dividend | K | T | Sold (part) | 04/13/18 | J | | |
| 68. -NORTHERN MID-CAP INDEX PORTFOLIO | A | Dividend | K | T | Sold (part) | 04/13/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -PIMCO REAL RETURN FUND CLASS 1-2 | A | Dividend | K | T | Sold (part) | 04/13/18 | K | | |
| 70. -PIMCO INC FUND CL 1-2 (formerly PIMCO INC FUND CLASS P) | A | Int./Div. | L | T | | | | | |
| 71. -VAN ECK CONSTANT MATURITY COMM INDEX FUND CL Y | A | Dividend | J | T | Sold (part) | 04/13/18 | J | | |
| 72. -WASHINGTON MUTUAL INVESTORS FUND CL F-2 | A | Dividend | K | T | Sold (part) | 04/13/18 | J | | |
| 73. -BLACKROCK TOTAL RETURN FD CL INST | B | Dividend | K | T | Buy | 04/13/18 | K | | |
| 74. -CAPITAL WORLD BOND FD CL F-2 | A | Dividend | J | T | Buy | 04/13/18 | J | | |
| 75. -EATON VANCE GLOBAL MACRO ABSOLUTE RETURN FD CL I | B | Dividend | K | T | Buy | 06/08/18 | K | | |
| 76. -JPMORGAN EMERG MKTS EQUITY FD CL I | A | Dividend | J | T | Buy | 04/13/18 | J | | |
| 77. -JPMORGAN EMERG MKTS DEBT FD CL I | B | Dividend | K | T | Buy | 04/13/18 | K | | |
| 78. -PIMCO MORTGAGE OPPOR & BND FD INSTL CLASS | A | Dividend | K | T | Buy | 04/13/18 | K | | |
| 79. -PIMCO DYNAMIC CRDT & MORTGAGE INC FD | B | Dividend | K | T | Buy | 04/13/18 | K | | |
| 80. -PRINCIPAL GLBL RE SEC FD INSTL CL | A | Dividend | J | T | Buy | 04/13/18 | J | | |
| 81. -VIRTUS KAR SMALL-CAP GRWTH FD CL I | A | Dividend | K | T | Buy | 04/13/18 | K | | |
| 82. -ISHARES TR CORE S&P 500 ETF | A | Dividend | M | T | | | | | |
| 83. -ISHARES TR CORE US AGGREGATE BD ETF | A | Int./Div. | L | T | Sold (part) | 04/13/18 | L | | |
| 84. -ISHARES TR CORE MSCI EAFE ETF | A | Dividend | L | T | | | | | |
| 85. -ISHARES INC CORE MSCI EMERGING MKTS ETF | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. NORTHWESTERN MUTUAL EXTRA ORD LIFE POLICY | D | Interest | M | T | | | | | |
| 87. NORTHWESTERN MUTUAL ADJ COMPLIFE POLICY | E | Interest | O | T | | | | | |
| 88. WORKING INTEREST D-86 TRAVIS, DODDRIDGE CTY,WV | | None | J | U | | | | | |
| 89. WORKING INTEREST D88 LOWTHER&D92MCQUAID HARRISON CTY WV | | None | J | U | | | | | |
| 90. WORKING INTEREST D103 WINDON HARRISON CTY WV | | None | J | U | | | | | |
| 91. WORKING INTEREST D105 SWEENEY HARRISON CTY WV | | None | J | U | | | | | |
| 92. WORKING INTEREST D106 DOYLE HARRISON CTY,WV | | None | J | U | | | | | |
| 93. WORKING INTEREST D107 HARDMAN HARRISON CTY,WV | | None | J | U | | | | | |
| 94. WORKING INTEREST D108 SHAFFER HARRISON CTY,WV | | None | J | U | | | | | |
| 95. ESTATE # 1 (appraisal date 11/19/03) | | None | M | Q | | | | | |
| 96. --COMMERCIAL REAL ESTATE,HARRISON CTY,WV | | | | | | | | | |
| 97. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII, LINE 3 - THIS ACCOUNT CLOSED ON SEPTEMBER 17, 2018

PART VII, LINE 53 - TRANSACTION TYPE REPRESENTS THE SECOND ANNUAL PRINCIPAL PAYMENT OF A FOUR YEAR NOTE RECEIVABLE. THERE IS NO GAIN TO REPORT ON THE RECEIPT OF PRINCIPAL. THE INTEREST PORTION OF THE SCHEDULED ANNUAL PAYMENT IS REPORTED IN COLUMN B(1).

PART VII, LINE 70 - NOTE NAME CHANGE OF MUTUAL FUND FROM CLASS P TO CLASS 1-2 AS REFERENCED IN COLUMN A.

PART VII, LINE 88 THRU 94 - THERE WAS NO REPORTABLE OR TAXABLE INCOME GENERATED DURING THE REPORTING PERIOD BY THE WORKING INTERESTS IN THE OIL & GAS WELLS LISTED ON LINES 88 THRU 94.

PART VII, LINE 95 - NO REPORTABLE OR TAXABLE INCOME GENERATED BY ESTATE # 1 DURING THE REPORTING PERIOD.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ IRENE M. KEELEY**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544